| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 |

☐ Check if this an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | Stephen <br> First name <br><br> A. <br> Middle name <br><br> Kropp <br> Last name and Suffix (Sr., Jr., II, III) | Rosemary <br> First name <br><br> J <br> Middle name <br><br> Kropp <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4163 | xxx-xx-0336 |

Debtor 1  Stephen A. Kropp
Debtor 2  Rosemary J Kropp                                            Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| **5. Where you live** | 1248 Elm Court<br>Glenview, IL 60025<br>Number, Street, City, State & ZIP Code<br><br>Cook<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1     Stephen A. Kropp
Debtor 2     Rosemary J Kropp                                              Case number *(if known)* _____

### Part 2:   Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | When | Case number, if known | |
| Debtor | | Relationship to you | |
| District | When | Case number, if known | |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101           **Voluntary Petition for Individuals Filing for Bankruptcy**                           page 3

Debtor 1   Stephen A. Kropp
Debtor 2   Rosemary J Kropp                                             Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☒ No.   Go to Part 4.

☐ Yes.   Name and location of business

*A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.*

Name of business, if any

*If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.*

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

*For a definition of small business debtor, see 11 U.S.C. § 101(51D).*

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☐ No.   I am not filing under Chapter 11.

☒ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.

☐ Yes.

What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1 Stephen A. Kropp
Debtor 2 Rosemary J Kropp                                              Case number *(if known)*

| Part 5: | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.** <br><br> The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file. <br><br> If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of:** <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:* <br><br> ■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.** <br><br> Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. <br><br> ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.** <br><br> Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. <br><br> ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.** <br><br> To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case. <br><br> Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. <br><br> If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed. <br><br> Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. <br><br> ☐ **I am not required to receive a briefing about credit counseling because of**: <br><br> ☐ **Incapacity.** <br> I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. <br><br> ☐ **Disability.** <br> My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. <br><br> ☐ **Active duty.** <br> I am currently on active military duty in a military combat zone. <br><br> If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  Stephen A. Kropp
Debtor 2  Rosemary J Kropp                                                  Case number *(if known)*

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

- ■ No. Go to line 16b.
- ☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

- ☐ No. Go to line 16c.
- ■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

- ■ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☐ No
  - ☐ Yes

**18. How many Creditors do you estimate that you owe?**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**19. How much do you estimate your assets to be worth?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Stephen A. Kropp                                /s/ Rosemary J Kropp
Stephen A. Kropp                                    Rosemary J Kropp
Signature of Debtor 1                               Signature of Debtor 2

Executed on  April 30, 2018                         Executed on  April 30, 2018
             MM / DD / YYYY                                      MM / DD / YYYY

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 6

Debtor 1  Stephen A. Kropp
Debtor 2  Rosemary J Kropp                                      Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

/s/ Gregory K. Stern                     Date   April 30, 2018
Signature of Attorney for Debtor                MM / DD / YYYY

Gregory K. Stern 6183380
Printed name

Gregory K. Stern, P.C.
Firm name

53 West Jackson Boulevard
Suite 1442
Chicago, IL 60604
Number, Street, City, State & ZIP Code

Contact phone  (312) 427-1558          Email address   greg@gregstern.com

6216626 IL
Bar number & State

Official Form 101              **Voluntary Petition for Individuals Filing for Bankruptcy**              page 7

**Fill in this information to identify your case:**

Debtor 1: Stephen A. Kropp
(First Name / Middle Name / Last Name)

Debtor 2: Rosemary J Kropp
(Spouse if, filing) (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known): _____

☐ Check if this is an amended filing

# B 104

For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:  List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

**Unsecured claim**

**1**
Accelerated Rehabilitation Centers
24014 West Renwick Road
Plainfield, IL 60544

What is the nature of the claim?    $ $191.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact: _____
Contact phone: _____

**2**
Alden Estates of Evanston, Inc.
2520 Gross Point Road
Evanston, IL 60201

What is the nature of the claim? Services    $ $82,063.77

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____

Contact: _____

B104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 1

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1 Stephen A. Kropp
Debtor 2 Rosemary J Kropp               Case number *(if known)*

Contact phone                Unsecured claim            $

### 3 Citi
Po Box 6241
Sioux Falls, SD 57117

**What is the nature of the claim?** Credit Card    $ $3,953.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

Contact
Contact phone

### 4 Citi-shell
Po Box 6497
Sioux Falls, SD 57117

**What is the nature of the claim?** Credit Card    $ $757.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

Contact
Contact phone

### 5 Citibank
PO Box 6497
Sioux Falls, SD 57117

**What is the nature of the claim?** Periodic Purchases    $ $757.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $
  Value of security:    - $
  Unsecured claim    $

Contact
Contact phone

### 6 Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850

**What is the nature of the claim?** Periodic Purchases    $ $13,125.00

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Debtor 1    Stephen A. Kropp
Debtor 2    Rosemary J Kropp                                         Case number *(if known)*

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**7**

Dsnb Bloom
P.O. Box 8218
Mason, OH 45040

**What is the nature of the claim?**    Periodic Purchases    $ $116.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**8**

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

**What is the nature of the claim?**    Taxes    $ $4,659.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
    Value of security:    - $ _____
    Unsecured claim    $ _____

Contact

Contact phone

---

**9**

McCormick 103, LLC
11350 McCormick Road
Suite 902
Hunt Valley, MD 21031

**What is the nature of the claim?**    1248 Elm Court    $ $1,598,996.79
    Glenview, IL 60025
    Cook County

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

☐ No
■ Yes. Total claim (secured and unsecured)    $ $2,080,660.20
    Value of security:    - $ $1,000,000.00
    Unsecured claim    $ $1,598,996.79

Contact

Contact phone

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  Stephen A. Kropp
Debtor 2  Rosemary J Kropp                                          Case number *(if known)*

| | | |
|---|---|---|
| **10** McCormick 103, LLC<br>11350 McCormick Road<br>Suite 902<br>Hunt Valley, MD 21031<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)<br>   Value of security:<br>   Unsecured claim | North Star Trust, as Successor Trustee to MB Financial Bank, NA u/u/a dated 10/8/81 and known as Trust No. 81137 - holding equitable and legal title t    $ Unknown<br><br><br>$ $2,080,660.20<br>- $ $280,000.00<br>$ Unknown |
| **11** McCormick 103, LLC<br>11350 McCormick Road<br>Suite 902<br>Hunt Valley, MD 21031<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>☐ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>☐ No<br>■ Yes. Total claim (secured and unsecured)<br>   Value of security:<br>   Unsecured claim | Estate of Terese L. Kropp (Debtor's Mother) - 1/6th Interest    $ Unknown<br><br><br>$ $2,080,660.20<br>- $ $350,000.00<br>$ Unknown |
| **12** Merchants & Medcal<br>6324 Taylor Drive<br>Flint, MI 48507<br><br>Contact<br><br>Contact phone | **What is the nature of the claim?**<br><br>**As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>**Does the creditor have a lien on your property?**<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>   Value of security:<br>   Unsecured claim | Collection For Alliance Mobile Health    $ $652.00<br><br><br>$<br>- $<br>$ |

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 4**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor 1  Stephen A. Kropp
Debtor 2  Rosemary J Kropp                                         Case number *(if known)*

### 13 NorthShore University Health Systems
9600 Gross Point Road
Skokie, IL 60076

**What is the nature of the claim?** Services   $ $2,262.36

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  Value of security:   - $
  Unsecured claim   $

Contact
Contact phone

### 14 Pennsylvania Higher Education Assitsance Agency
PO Box 1022
Wixom, MI 48393-1022

**What is the nature of the claim?** Student Loan   $ $157,934.20

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  Value of security:   - $
  Unsecured claim   $

Contact
Contact phone

### 15 U.S. Department of Education
PO Box 18001
Bedford, NH 03110-8001

**What is the nature of the claim?** Student Loan   $ $275,488.05

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured)   $
  Value of security:   - $
  Unsecured claim   $

Contact
Contact phone

## Part 2:   Sign Below

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X  /s/ Stephen A. Kropp                          X  /s/ Rosemary J Kropp
Stephen A. Kropp                                 Rosemary J Kropp
Signature of Debtor 1                            Signature of Debtor 2

Date  April 30, 2018                             Date  April 30, 2018

B 104 (Official Form 104)   **For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   **Page 5**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

| Debtor 1 | Stephen A. Kropp | | |
|---|---|---|---|
| Debtor 2 | Rosemary J Kropp | Case number *(if known)* | |

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

```
Accelerated Rehabilitation Centers
24014 West Renwick Road
Plainfield, IL 60544


Alden Estates of Evanston, Inc.
2520 Gross Point Road
Evanston, IL 60201


Citi
Po Box 6241
Sioux Falls, SD 57117


Citi-shell
Po Box 6497
Sioux Falls, SD 57117


Citibank
PO Box 6497
Sioux Falls, SD 57117


Cook County Clerk
Real Estate & Tax Service Department
118 North Clark Street
Room 434
Chicago, IL 60602


Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850


Dsnb Bloom
P.O. Box 8218
Mason, OH 45040


Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338


Lawrence J. Stark
Stone Pogrund & Korey LLC
1 East Wacker Drive
Suite 2610
Chicago, IL 60601
```

```
McCormick 103, LLC
11350 McCormick Road
Suite 902
Hunt Valley, MD 21031


Merchants & Medcal
6324 Taylor Drive
Flint, MI 48507


NorthShore University Health Systems
9600 Gross Point Road
Skokie, IL 60076


Pennsylvania Higher Education
Assitsance Agency
PO Box 1022
Wixom, MI 48393-1022


Receivables Management Partners
2250 East Devon Ave
Suite 352
Des Plaines, IL 60018


Thompson Coburn LLC
55 East Monroe Street
37th Floor
Chicago, IL 60603


U.S. Department of Education
PO Box 18001
Bedford, NH 03110-8001
```